United States District Court
Southern District of Texas
ENTERED
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE DOCTORS CENTER SOUTH, PLLC, *et al.*, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00210 |
| EXPERITY, INC., | § | |
| Defendant. | § | |

**ORDER DIRECTING PLAINTIFFS TO FILE SUR-REPLY**

Pending before the Court is Defendant Experity, Inc.'s Motion to Change Venue to The United States District Court for the Northen District of Illinois, or, in the Alternative, Dismiss the Complaint and Brief in Support (D.E. 11). In its motion, Experity argues that this action belongs in the Northern District of Illinois per a 2021 Master Service Agreement (MSA) between Experity and "The Doctors Center." *Id.* at 8–9. Plaintiffs argue that they are not bound to that agreement because it was not signed by an actual or apparent agent for Plaintiffs. In its reply brief, Experity attached evidence, for the first time, addressing the issue of apparent agency. A court ordinarily does not grant relief on the basis of issues first raised in a reply. *RedHawk Holdings Corp. v. Schreiber Tr. of Schreiber Living Tr. - DTD 2/8/95*, 836 F. App'x 232, 236 (5th Cir. 2020). Therefore, the Court **ORDERS** Plaintiffs to file, on or before **November 30, 2026,** any sur-reply they may have on the issue of apparent agency, limited to five pages.

**ORDERED** on November 17, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE